# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JEFFREY A. HUFF,** | Civil No. C08-1357 MJP - BAT |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES & EXPENSES** |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security,** | |
| Defendant. | NOTE ON MOTION CALENDAR<br>February 27, 2009 *without oral argument* |

## **ORDER**

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney, it is hereby ordered that EAJA attorney's fees of $3,007.59 and expenses of $19.77 and costs of -0-, for a total of $3,027.36 shall be awarded to plaintiff and payable directly to Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034, for work performed in this case in this Court.

Dated this _27th_ day of __February__, 2009

_____
Marsha J. Pechman
United States District Judge

Order for EAJA Fees- C08-1357- page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**

Recommended for Entry this 27th day of February, 2009.

/s/ Brian A. Tsuchida
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way
Kirkland, WA 98034
425-821-8577 - rbschurman@aol.com

Approved for entry:
s/Rosemary B. Schurman (signed per authorization)
Nancy A. Mishalanie, WSBA 18120
Special Assistant US Attorney
Office of the General Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on February 27, 2009 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian Kipnis, Assistant U.S. Attorney & Nancy A. Mishalanie, Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Order for EAJA Fees- C08-1357- page 2