Honorable U.S. District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JEFFREY A. HUFF,** | Civil No. 2:08-CV-01357 MJP |
| Plaintiff, | |
| vs. | **ORDER FOR 42 U.S.C. § 406(b) ATTORNEY'S FEES** |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security**, | |
| Defendant. | NOTE ON MOTION CALENDAR<br>December 18, 2009 *without oral argument* |

## **ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered plaintiff's motion and the supporting documents, it is hereby ORDERED that:

1) The Court GRANTS plaintiff's motion and authorizes attorney's fees of $17,900.00 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $3,007.59. Plaintiff's attorney shall therefore be awarded the net sum of $14,892.41.

2) Defendant shall release the fee of $14,892.41 minus any applicable processing fee to

///

///

ORDER for 406(b) Fees- 08-1357- page 1

Plaintiff's attorney, Rosemary B. Schurman, at the address noted below.

    Dated this _17th__ day of _December_ , 2009

_____
Marsha J. Pechman
United States District Judge

Recommended for entry this 14th day of December, 2009:

_/s/BRIAN A. TSUCHIDA_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115th Way
Kirkland, WA 98034

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on December 3, 2009 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian Kipnis, Assistant U.S. Attorney & Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 08-1357- page 2